JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOLDEN,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>        Respondent. | Case No. CV 20-1137 MWF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 28, 2021

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE